1   GIA N. MARINA
Nevada Bar No. 15276
2   **CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
3   Las Vegas, NV 89135
E-mail: gmarina@clarkhill.com
4   Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
5   *Attorney for Defendant*
*Equifax Information Services LLC*
6

7

8                          **UNITED STATES DISTRICT COURT**
                                **DISTRICT OF NEVADA**
9

10   APRIL ZACARIAS,                          )   **Case No. 2:23-cv-01621-JAD-DJA**
                                              )
                                              )
11                      Plaintiff,            )
                                              )
12   vs.                                      )   **JOINT MOTION FOR EXTENSION OF**
                                              )   **TIME FOR DEFENDANT EQUIFAX**
13   EQUIFAX INFORMATION SERVICES, LLC, )       **INFORMATION SERVICES LLC TO**
     EXPERIAN INFORMATION SOLUTIONS,  )         **FILE ANSWER**
14   INC., ALLIED COLLECTION SERVICES,  )
     INC.                                      )   **FIRST REQUEST**
15                                            )
                                              )
16                      Defendants.           )
                                              )
17                                            )

18        Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

19   time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

20   no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED

21   to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move

22   or otherwise respond to the **December 4TH, 2023**.  The request was made by Equifax so that it can

23   have an opportunity to collect and review its internal files pertaining to the allegations in the

24   / /

25   / /

26   / /

27   / /

28   / /

1    Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause

2    delay.

3          Respectfully submitted, this 1st day of November, 2023.

4

5

6    CLARK HILL PLLC

                                                    *No opposition*
7    By:  /s/Gia N. Marina
     Gia N. Marina                                   /s/ Yitzchak Zelman
8    Nevada Bar No. 15276                            Yitzchak Zelman
     1700 S. Pavilion Center Drive, Suite 500        **Marcus & Zelman, LLC**
9    Las Vegas, NV 89135                             701 Cookman Avenue
     Tel: (702) 862-8300                             Suite 300
10   Fax: (702) 778-9709                             Asbury Park, NJ 07712
     Email: gmarina@clarkhill.com                    845-367-7146
11   *Attorney for Defendant Equifax Information*    Email: yzelman@marcuszelman.com
     *Services LLC*
12                                                   *Attorney for Plaintiff*

13

14

15                                      **IT IS SO ORDERED**.

16                                      DATED: November 2, 2023

17

18                                      _____

19                                      DANIEL J. ALBREGTS
                                        UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28

- 2 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 1st day of November, 2023, via CM/ECF, upon all counsel of record:

By: /s/*Gia N. Marina*
GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709

- 3 -