**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

April Zacarias,

    Plaintiff

v.

Experian Information Solutions, Inc., Equifax Information Services, LLC, and Allied Collection Services, Inc.,

    Defendants

Case No.: 2:23-cv-01621-JAD-DJA

**Order Directing Clerk to Enter Judgment Against Defendant Allied Collection Services, Inc.**

[ECF No. 20]

    In February 2024, plaintiff April Zacarias filed a notice of acceptance of defendant Allied Collection Services, Inc.'s offer of judgment under Federal Rule of Civil Procedure (FRCP) 68.[1] She asks that the clerk of court enter judgment against Allied Collection Services in the amount of the offer and schedule a date by which motions for attorneys' fees and costs must be filed.[2]

    FRCP 68 authorizes a litigant to make an offer of judgment to resolve a case. If the opposing party timely "serves written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service."[3] Once filed, the "clerk must then enter judgment."[4] Zacarias served her acceptance through the court's electronic-filing system and filed Allied's offer.[5] So, because Zacarias has met FRCP 68's requirements, and with good cause appearing and no reason to delay,

---

[1] ECF No. 20.

[2] *Id.* at 2.

[3] Fed. R. Civ. P. 68(a).

[4] *Id.*

[5] *See* ECF No. 20; ECF No. 20-1.

IT IS HEREBY ORDERED that the **Clerk of Court is directed to ENTER PARTIAL FINAL JUDGMENT against Defendant Allied Collection Services, Inc. and for Plaintiff April Zacarias in the amount of $2,500.00**.

IT IS FURTHER ORDERED that Zacarias must file any motion for attorneys' fees and costs incurred by Zacarias in prosecuting this action against Allied Collection Services, Inc. by **Thursday, April 25, 2024**.

**This case proceeds against Experian Information Solutions, Inc. and Equifax Information Services, LLC**.

_____
U.S. District Judge Jennifer A. Dorsey
April 11, 2024