Yitzchak Zelman, Esq.,
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel:  (732) 695-3282
Fax: (732) 298-6256
Email: yzelman@marcuszelman.com
*Attorney for Plaintiff*
*April Zacarias*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| APRIL ZACARIAS,<br><br>Plaintiff,<br><br>-against-<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and ALLIED COLLECTION SERVICES, INC.,**<br><br>Defendants. | **Civil Case Number: 2:23-cv-01621-JAD-DJA**<br><br>ECF No. 32 |

## STIPULATION AND ORDER OF DISMISSAL
## AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff April Zacarias and Defendant Experian Information Solutions, Inc. ("The Parties"), hereby stipulate to the Plaintiff's voluntary dismissal all claims against Defendant **Experian Information Solutions, Inc. only** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action as to **Experian Information Solutions, Inc**.

Dated: June 28, 2024

| | |
|---|---|
| /s/ Yitzchak Zelman | /s/ Jennifer L. Braster |
| Yitzchak Zelman, Esq. | Jennifer L. Braster, Esq. |
| Marcus & Zelman, LLC | Naylor & Braster |
| 701 Cookman Avenue, Suite 300 | 10100 W. Charleston Blvd., Suite 120 |
| Asbury Park, New Jersey 07712 | Las Vegas, NV 89135 |
| Tel: (732)-695-3282 | Tel: (702) 420-7000 |
| Email: yzelman@marcuszelman.com | Email: jbraster@naylorandbrasterlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *April Zacarias* | *Experian Information Solutions, Inc.* |

## ORDER

Based on the stipulation between plaintiff and Defendant Experian Information Solutions Inc. [ECF No. 32], which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST Experian Information Solutions Inc. are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 2, 2024