Yitzchak Zelman, Esq.,
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel:  (732) 695-3282
Fax: (732) 298-6256
Email: yzelman@marcuszelman.com
*Attorney for Plaintiff*
*April Zacarias*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **APRIL ZACARIAS,** | |
| **Plaintiff,** | **Civil Case Number: 2:23-cv-01621-JAD-DJA** |
| **-against-** | |
| **EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and ALLIED COLLECTION SERVICES, INC.,** | ECF No. 39 |
| **Defendants.** | |

## STIPULATION OF DISMISSAL
## AS TO EQUIFAX INFORMATION SERVICES, LLC

Plaintiff April Zacarias and Defendant Equifax Information Services, LLC ("The Parties"), hereby stipulate to the Plaintiff's voluntary dismissal all claims against remaining Defendant **Equifax Information Services, LLC** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:          October 11, 2024

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel: (732)-695-3282
Email: yzelman@marcuszelman.com
*Attorney for Plaintiff*
*April Zacarias*

/s/ Gina Marina
Gina Marina, Esq.
Clark Hill PLC
1700 South Pavilion Center Drive, Ste 500
Las Vegas, NV 89135
Tel: (702) 862-8300
Email: gmarina@clarkhill.com
*Attorney for Defendant*
*Equifax Information Services, LLC*

## ORDER

**Based on the remaining parties' stipulation [ECF No. 39] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 11, 2024